UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAHRYL REYNOLDS, | Case No. 25-cv-03406-JD |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| FEDERAL BUREAU OF PRISONS, | |
| Defendant. | |

This is a civil rights action filed by a prisoner proceeding without an attorney. On July 1, 2025, mail sent to Plaintiff was returned by the postal service as undeliverable because Plaintiff was no longer at the address he had provided to the court. Under Local Rule 3-11(b), parties must keep the court informed of their current mailing address, and the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case or motion without prejudice. More than sixty days have elapsed since the return of his mail, and Plaintiff has not updated his address. Accordingly, this case is dismissed without prejudice.

The Clerk is requested to enter judgment and close the case.

**IT IS SO ORDERED.**

Dated: 10/10/2025

JAMES DONATO
United States District Judge